

**LAW OFFICES OF PETER D. BARON, PLLC**
ATTORNEYS AND COUNSELORS AT LAW
532 Broadhollow Road, Suite 114
Melville, New York 11747
TEL: (631) 367-7000 • FAX: (631) 367-7908
Email: legal@peterbaronlaw.com

Peter D. Baron*
Jordan R. Bobrow
Martin L. Baron
  (1925-2004)

Of Counsel:
Hon. John Andrew Kay**

*   Also Admitted in NJ
**  Also Admitted in DC

Paralegals
Marie J. Spero
Nicole Tedesco
Jocelyn S. Verbeeck

February 16, 2021

Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

      Re:  McDowall et al. v. ILKB LLC, et. al.
         Docket Number: 2:20-cv-06171-GRB-AKT

Dear Judge Brown:

  This office represents the plaintiffs, Roddie McDowall, Teresa Hatter McDowall and Transcending Future Legacies, LLC, in the above referenced matter.

  Briefly, pursuant Your Honor's individual practices and rules, on February 1, 2021, defendant has filed a request asking the Court to schedule a pre-motion conference to discuss the defendant's anticipated Motion to Dismiss.

  Pursuant to Your Honor's, plaintiff's response to Defendant's pre-motion letter is due tomorrow, February 17, 2021, with the pre-motion telephone conference scheduled for Monday, February 22, 2021 at 11:00 a.m.

  By way of procedural history, four of the five defendants have been served, that being ILKB, LLC, Michael Parrella, ILKB TOO, LLC and Shaun York. We are in the process of serving the Summons and Complaint on the remaining defendant Daniel Castellini. As it appears, Defense counsel has only appeared on behalf of Michael Parrella only.

  Additionally, I have an all-day Court Ordered mediation in a complex motor vehicle accident case scheduled for Monday, February 22, 2021, which has already been adjourned and cannot be adjourned again.

  Therefore, Plaintiff is requesting a brief adjournment of the pre-motion teleconference now scheduled for February 22, 2021 to a date and time suitable for the Court in early March if possible, as well as an extension of time to respond to defendant's pre-motion letter. I apologize for not notifying the Court sooner and that this request does not unnecessarily burden the Court.

Plaintiff has attempted to contact defense counsel for the extension of time via email and telephone, unfortunately, we have received no response. There have been no prior requests for extension of plaintiff's time to respond.

We thank you for your kind consideration of the foregoing.

Respectfully submitted,

Peter D. Baron, Esq

PDB/jrb

cc: Peter Siachos, Esq. (VIA ECF)