

do

733 Third Avenue
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

Justin S. Weitzman

+1 (212) 551-1261
jweitzman@rosenbergestis.com

October 11, 2021

**_By ECF_**
Hon. A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 910
Central Islip, New York 11722

Re:    Roddie McDowall, et al. ("Plaintiffs") v. ILKB LLC, et al. ("Defendants")
       Civil Action No.: 20-cv-06171 (GRB)(AKT)

Dear Magistrate Judge Tomlinson,

We represent the Plaintiffs in the above-referenced matter. We write this letter in accordance Your Honor's Individual Practice Rules to request that an Initial Conference be scheduled.

As you may be aware, our office was retained by the Plaintiffs in or about May 2021 to take over for previous counsel. Based on our review of the docket at that time, it appeared that an Initial Conference had been scheduled on a few occasions, but cancelled due to an intention to amend the pleadings as well as a pre-answer motion to dismiss. One June 2, 2012, at a pre-motion conference on Defendants' pre-answer motion to dismiss, the Honorable Gary R. Brown, in lieu of having the motion fully briefed, issued an Order granting Defendants' application in part, and denying it in part. Thereafter, on June 24, 2021, Defendants filed an answer.

As such, this case is ripe for an Initial Conference before Your Honor to set down a discovery schedule in order for this case to proceed. Plaintiffs respectfully request that an Initial Conference be scheduled at Your Honor's earliest convenience.

Thank you for your time and consideration.

Respectfully submitted,
/_Justin S. Weitzman_
Justin S. Weitzman

CC: Peter G. Siachos, Esq. (**By ECF**)

RE\81363\0001\4101864v1